EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00100 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 8 U.S.C. § 1326 |
| ) | |
| EDUARDO ANGEL PEREZ-MERAZ, ) | |
| aka Silverstre Eduardo Rojas, ) | |
| Jaime Cabrera Rodriguez, ) | |
| Eduardo Angel Cervantes, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

On or about March 13, 2002, in the District of Hawaii,

EDUARDO ANGEL PEREZ-MERAZ, aka Silverstre Eduardo Rojas, Jaime

Cabrera Rodriguez, and Eduardo Angel Cervantes, an alien who was

excluded, deported, and removed from the United States subsequent

to being convicted of an aggravated felony, was thereafter found

in the United States, having knowingly and unlawfully entered the

United States without having obtaining the consent of the

Attorney General of the United States for re-application by the

Defendant for admission into the United States.

In violation of Title 8, United States Code, Section

1326.

DATED: _____3/28_____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. EDUARDO ANGEL PEREZ-MERAZ
"Indictment"

2